# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
SARAH JO FISH

## EXHIBIT LIST

Case Number: 4:21CR300 SDJ/KPJ

| PRESIDING JUDGE | GOVERNMENT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kimberly C. Priest-Johnson | Glenn Jackson | Doyle "Trey" Bunch, CJA |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/19/2022 – Detention Hearing | FTR | J. Amerson |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/19/2022 | X | X | Facebook messages |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:00:26 UTC
**Body** You sent a video.
**Attachments** video-1645686026.mp4 (345684884135413)
  **Type** video/mp4
  **Size** 5233342
  **URL** https://interncache-prn.fbcdn.net/v/t42.3356-2/274678857_4916755571754929_1124471680365752514_n.mp4/video-1645686026.mp4?ccb=1-5&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2dlbl92NnNaWVudC9ibnRpdHkvbWVzc2FnZV92aWRlbyJ9&vabr=377177&_nc_ht=interncache-prn&oh=03_AVKTl1zwOMC-qP7aKB0rjP25XCkufpi-1kH8wuYWZuXW9A&oe=62632CB8&dl=1

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:00:40 UTC
**Body** I found a way around the feds secret...

**Author** Carla Campbell (Facebook: 100000634502359)
**Sent** 2022-02-24 07:03:37 UTC
**Body** Omg girl, get a computer job

**Author** Carla Campbell (Facebook: 100000634502359)
**Sent** 2022-02-24 07:04:17 UTC
**Body** I'd be laughing if it wasn't so serious

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:04:41 UTC
**Body** Lmao I know

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:05:08 UTC
**Body** Kinda waiting for them to come busting thru the door now..



EXHIBIT 1
4:21CR300 (34)
USA v. Fish

1 | Page

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:32:34 UTC
**Body** On or about December 23, 2020, within the Western District of Tennessee, Tyler
Allen Stotsky, defendant, did knowingly possess firearms, namely a Fabrique National
model 509 pistol, Serial Number GKS0005965, Springfield Armory model Hellcat pistol,
Serial Number AT263307, Ruger model M77 rifle, Serial Number 712-50674, Sig Sauer
model 716 G2 rifle, Serial Number 22P072270, Ruger model Ruger Precision Rifle,
Serial Number 1801-11862, all in furtherance of a drug trafficking crime for which he
may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the
intent to manufacture, distribute and dispense a controlled substance.
All in violation of 18 U.S.C. § 924(c).

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:42:09 UTC
**Removed by Sender** 2022-03-02 22:46:26 UTC
**Body** You unsent a message

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:42:11 UTC
**Body** Gotta spread the word

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:42:22 UTC
**Removed by Sender** 2022-03-02 22:46:22 UTC
**Body** You unsent a message

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:51:02 UTC
**Body** Dufe

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:51:09 UTC
**Body** How did you do that

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:51:30 UTC
**Body** Do what

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:54:22 UTC
**Body** Who all is on blakes

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:54:23 UTC
**Body** Wtf

**Author** D.B. Deezy (Facebook: 100078443044789)
**Sent** 2022-02-24 03:54:33 UTC
**Body** How'd u find tht

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:54:59 UTC
**Removed by Sender** 2022-03-02 22:46:17 UTC
**Body** You unsent a message

**Author** Son Tran (Facebook: 100001107083650)
**Sent** 2022-02-24 07:00:28 UTC
**Body** So it's sealed?

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:00:50 UTC
**Removed by Sender** 2022-03-02 23:02:26 UTC
**Body** You unsent a message

**Author** Son Tran (Facebook: 100001107083650)
**Sent** 2022-02-24 07:01:10 UTC
**Body** Fuck how you mark out

**Author** Son Tran (Facebook: 100001107083650)
**Sent** 2022-02-24 07:01:16 UTC
**Body** The black part

**Author** Son Tran (Facebook: 100001107083650)
**Sent** 2022-02-24 07:01:21 UTC
**Body** Impressive

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:02:35 UTC
**Removed by Sender** 2022-03-02 23:02:20 UTC
**Body** You unsent a message

**Author** Son Tran (Facebook: 100001107083650)
**Sent** 2022-02-24 07:03:00 UTC
**Body** Haha all good thanks I'm just making mines wasn't on there

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:38:33 UTC
**Body** Corey Bouchea Grant
John David Hartung
Matthew Curtis Anderson
Thomas Allen Martin
Sydney Michelle Sisk

Tyler Joseph Gatten, a.k.a. "Chains"

Meredith Stotsky
Tyler Allen Stotsky
~~Maria Eugenia Macias~~
Prentiss Lavale Mullins, a.k.a "P-Money"

Calvin Autae Thompson, a.k.a. "C-Mo"

Zachery Xavier Williams, a.k.a. "Netta"

~~Kirk Douglas Warren, a.k.a. "Shay"~~

Ebony Nicole Frank

Matthew Vernon Louden, a.k.a. "MT"
Charles Jason Morse, a.k.a. "Red Beard"
Christian Edward Olsen, a.k.a. "Grave Digger"
Yeshmel James Wright
Frederick Villa
Mark Anthony Jackson, a.k.a. "Chopper"
Jasmine Arnetta Pleasant
Michael Robinson, a.k.a. "Mikey"
Collin Pierson Nicodemus
~~Courtney Marie Ford, a.k.a. "Trap Queen"~~
~~Pablo Zavala~~
Chancellor Martin Ramsey, a.k.a. "Chance"
Savannah Ashlyn Turcic
Daniel Tomas Reyna
Dillon Harrison Hensell
Joshua Kyle McClurg
Nathan Edward Milberry
~~Kenneth Robert Shortes~~

**Author** Manda Samaniego (Facebook: 100072531255051)
**Sent** 2022-02-24 03:42:57 UTC
**Body** That's all the names?

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:43:02 UTC
**Body** So far

**Author** Manda Samaniego (Facebook: 100072531255051)
**Sent** 2022-02-24 03:43:18 UTC
**Body** So like what's happening

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:43:48 UTC
**Body** The names that are blacked out, havet been arrested yet.

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:44:21 UTC
**Body** It's a sealed Indictment. Nobody is supposed to see what's is blacked out yet

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:45:03 UTC
**Body** But I figured out how to get past that. Cuz they scan the images into the system and black the names out on the computer