IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR300 |
| | § | Judge Jordan |
| SARAH JO FISH (34) | § | |

## FACTUAL BASIS

The defendant, **Sarah Jo Fish**, hereby stipulates and agrees that at all times relevant to the **Information** herein, the following facts were true:

1. That the defendant, **Sarah Jo Fish**, who is changing her plea to guilty, is the same person charged in the **Information**.

2. That **Sarah Jo Fish** and one or more persons in some way or manner made an agreement to commit the crime charged in the **Information**, to possess with intent to manufacture and distribute 400 grams or more of a mixture containing a detectable amount of heroin, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual).

3. That **Sarah Jo Fish** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Sarah Jo Fish** knew that the amount involved during the term of the conspiracy involved 400 grams or more of a mixture or substance containing a detectable amount of heroin, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual). This

amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5. **Sarah Jo Fish**'s role in this conspiracy was to act as an intermediary among co-conspirators, with heroin and methamphetamine from various sources, which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern District of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the **Information** and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 1/8/25

SARAH JO FISH
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the **Information** and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the **Information**.

Dated: 1/8/25

DOYLE RAYMOND BUNCH, III
Attorney for the Defendant