IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR300<br>Judge Jordan |
| SARAH JO FISH (34) | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine and Heroin)

That from sometime in or about January 2019, and continuing in or about 2022, in the Eastern District of Texas and elsewhere, **Sarah Jo Fish**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Attorney to knowingly and intentionally possess with the intent to manufacture and distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual) and 400 grams or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

_____
HEATHER RATTAN
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 25, 2025.

_____
HEATHER RATTAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR300 |
| SARAH JO FISH (34) | § | Judge Jordan |

## NOTICE OF PENALITY

### Count One

Violation:             21 U.S.C. § 846

Penalty:               Imprisonment for not less than 5 years and not more than 40 years; a fine not to exceed $5 million, or both; supervised release of at least 4 years.

Special Assessment:    $100.00

Information – Page 3